SEALED FILED

OCT 03 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

6

               UNITED STATES DISTRICT COURT
7
          FOR THE EASTERN DISTRICT OF CALIFORNIA
8
   IN THE MATTER OF THE SEARCH        No. 13 SW 0 0 0 2 6 8 SAB
9  OF:
                                      [PROPOSED] ORDER
10 DEA Exhibit N-19:
   One Grey Blackberry Cellular       (UNDER SEAL)
11 Phone
   One Red Blackberry Cellular
12 Phone
   One Black HTC/Sprint Cellular
13 Phone
   DEA Exhibit N-32:
14 One Samsung Cellular Phone.

15
        For good cause shown, IT IS HEREBY ORDERED THAT:
16
        The search warrant and supporting affidavit in the above-
17
   captioned case, together with this ex parte application, the
18
   memorandum of points and authorities, the declaration of KAREN A.
19
   ESCOBAR, and this court's sealing order, be kept under seal until
20
   further order of the court. The executing agents or officers are
21
   permitted to provide a copy of the search warrant as required by
22
   Federal Rule of Criminal Procedure 41(f).
23

24 DATED: 10/3/13
                                      _____
25                                    STANLEY A. BOONE
                                      U.S. Magistrate Judge
26

27

28