BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
DEC 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS AND SEARCH WARRANTS | CASE NOS. 1:12-SW-00353 GSA<br>1:13-SW-00087 GSA<br>1:13-SW-00111 GSA<br>1:13-SW-00126 BAM<br>1:13-SW-00161 BAM<br>1:13-SW-00162 BAM<br>1:13-SW-00163 BAM<br>1:13-SW-00164 BAM<br>1:13-SW-00165 BAM<br>1:13-SW-00166 BAM<br>1:13-SW-00167 BAM<br>1:13-SW-00168 BAM<br>1:13-SW-00169 BAM<br>1:13-SW-00170 SKO<br>1:13-SW-00172 SKO<br>1:13-SW-000268 SAB<br><br>[PROPOSED] ORDER RE: REQUEST TO UNSEAL DOCUMENTS |

## ORDER TO UNSEAL

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants and search warrant applications and affidavits underlying the search warrants in the above-entitled proceeding shall be unsealed.

Dated: 12/16/13

_____
Hon. Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE